scription, and
the jury found
a verdict for
15 dollars
damages, it
was held that
the plaintiff
was entitled
to full costs.
* Vol. 1. 146.
Feb. 1806.

[*186]

plaintiff's attorney, he gave in evidence a right by pre-
scription to overflow the lands mentioned in the plaintiff's
declaration, at his pleasure. The jury found a verdict for
the plaintiff, for fifteen dollars damages, and six cents costs.

It was submitted to the court, whether the title to land
came in question, so as to entitle the plaintiff to full costs
under the statute.

*Per Curiam.* In the case of *Heaton* v. *Ferris*,* which
was an action of trespass, the defendant pleaded the gen-
eral issue, and a special justification of a right of way by
prescription over the *locus in quo*, and it was decided that
the plaintiff was entitled to full costs. The present case
comes within the principle there decided. The plaintiff
must have his full costs.

## Pintard *against* Ross.

Notice of a
non-enume-
rated motion
may be given
for any day in
term though
it will not be
heard until
the next non-
enumerated
day.

T. A. EMMET, for the plaintiff, moved for an attach-
ment against the defendant, for not performing an award
pursuant to the submission, which had been made a rule
of the court.

*Johnson*, contra, objected that the notice of the motion
had been given for the first Wednesday in term, and not
for the first day, or a day on which non-enumerated mo-
tions were to be heard.

*Emmet* read an affidavit, stating an excuse for not giv-
ing the notice for a different day.

* 2 *Caines*,
259.

*Per Curiam.* The notice may be given for any day in
term, but the court will not hear the motion except on a
non-enumerated day.*

Rule granted.